22, 1915.) Action by Edward Nikola against Duncan I. Roberts, as president, etc. No opinion. Application denied, with $10 costs. Order signed.

NOAH, Appellant, v. BOWERY SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by Ernestine Noah against the Bowery Savings Bank. I. H. Lehman, for appellant. C. W. Wickersham, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NOLAN v. CRANFORD CO. et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Margaret Nolan for compensation for the death of William Nolan under the Workmen's Compensation Law (Consol. Laws, c. 67) against the Cranford Company, employer, and the Mutual Insurance Company of New York, insurer. No opinion. Award unanimously affirmed, upon the authority of Miller v. North Hudson Contracting Co., 166 App. Div. 343, 152 N. Y. Supp. 22.

NOLLER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action of Alice Noller, as administratrix, etc., against the Erie Railroad Company.

PER CURIAM. Motion for reargument, or for leave to appeal to the Court of Appeals, denied, without costs. See, also, 154 N. Y. Supp. 1135.

MILLS, J., took no part.

NORDEN et al. v. GUARANTY TRUST CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Adolph E. Norden and others against the Guaranty Trust Company of New York. No opinion. Order affirmed, with $10 costs and disbursements, the date of the examination to be fixed in the order. Settle order on notice. See, also, 155 N. Y. Supp. 1128.

NORDEN et al., Respondents, v. GUARANTY TRUST CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Adolph E. Norden and others against the Guaranty Trust Company of New York. F. M. Patterson, of New York City, for appellant. E. L. Mooney, of New York City, for respondents. No opinion. Order modified, by allowing the examination of Max May, vice president, and John Bolinger, assistant manager, etc., without prejudice to an application of other officers of the defendant, if necessary, and, as so modified, affirmed, without costs. Settle order on notice. See, also, 155 N. Y. Supp. 1128.

NORTHERN INS. CO. OF NEW YORK, Respondent, v. BARGER, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by the Northern Insurance Company of New York against Oscar V. Barger. L. F. Crumb, of Peekskill, for appellant. L. Levy, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re NOVELLA (two cases). (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) In the matter of the applications of Michelena Novella to revoke and cancel liquor tax certificates Nos. 15906 and 15990, issued to Patrick J. Uvanni. No opinions. Motion granted, and appeal in each proceeding dismissed, with costs.

In re OATES' WILL. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) In the matter of proving the last will and testament of Mary Oates, deceased. No opinion. Motion granted, on condition that appellant perfect the appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 163 App. Div. 919, 148 N. Y. Supp. 1133.

O'BRIEN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by James F. O'Brien against the City of New York. No opinion. Motion granted; question certified. Order filed.

O'BRIEN, Appellant, v. KOWAL, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Matthew O'Brien against Samuel Kowal. No opinion. Order affirmed, with $10 costs and disbursements.

OCEANIC INVESTING CO. v. RODEL et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by the Oceanic Investing Company against Rudolph A. Rodel, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 150 N. Y. Supp. 1100; 155 N. Y. Supp. 1128.

OCEANIC INVESTING CO., Respondent, v. RODEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by the Oceanic Investing Company against Rudolph A. Rodel, impleaded with others. F. Bien, of New York City, for appellant. H. M. Bellinger, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 155 N. Y. Supp. 1128.

O'CONNOR v. POST & McCORD. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Catherine O'Connor against Post & McCord. No opinion. Motion granted, with $10 costs. Order filed.

O'CONNOR v. POST & McCORD. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Edward E. O'Connor against Post & McCord. No opin-